ÆTNA LIFE INS. CO. v. DU PARQUET, HUOT & MONEUSE CO.

(Supreme Court, Appellate Term. April 12, 1910.)

On reargument. Former opinion adhered to, and judgment directed as stated.

For former opinion, see 65 Misc. Rep. 551, 120 N. Y. Supp. 759.

Reargued before GIEGERICH, DAYTON, and LEHMAN, JJ.

PER CURIAM. Upon the reargument of this appeal the opinions of all the Justices of the court remain unchanged. It appears to the majority, Mr. Justice GIEGERICH dissenting, that the policies covered the pay roll of all the employés at the plant of the defendant at 43 and 45 Wooster street, and that in view of all the circumstances this plant includes the executive offices situated in the rear of 41 Wooster street. It appears, therefore, that the plaintiff is entitled to a premium based upon the pay roll of the employés at 41, 43, and 45 Wooster street.

In accordance with the opinions of the court heretofore filed, the judgment appealed from should be reversed, and judgment directed for the plaintiff for the amount of the premiums based on the pay rolls according to the stipulation of the parties made at the trial, and the judgment directed upon the original argument should be modified to that extent. Settle form of order on notice.

---

SCHAFFNER v. NEW YORK, N. H. & H. R. CO.

(Supreme Court, Appellate Division, First Department. April 29, 1910.)

Appeal from Trial Term, New York County.

Action by Harold R. Schaffner, an infant, against the New York, New Haven & Hartford Railroad Company. From a judgment for plaintiff, entered on a verdict, and from an order denying a new trial, defendant appeals. Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

Hugh A. Bayne, for appellant.
Frank E. Carstarphen, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J., and MILLER, J., dissent, upon the ground that in their opinion there was no evidence that the plaintiff was free from contributory negligence that would justify the submission of the case to the jury.